# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 83RD JUDICIAL DISTRICT COURT OF VAL VERDE COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on April 22, 2015, the cause upon appeal to revise or reverse your judgment between

Dorothy Delk, Appellant

V.

Val Verde County and San Felipe Del Rio Consolidated Independent School District, Appellee

No. 04-14-00529-CV and Tr. Ct. No. 25395

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that appellees, Val Verde County and San Felipe Del Rio Consolidated Independent School District, recover their costs of this appeal from appellant, Dorothy Delk.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on July 1, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

## TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-14-00529-CV

**Dorothy Delk**

**v.**

**Val Verde County and San Felipe Del Rio Consolidated Independent School District**

(NO. 25395 IN 83RD JUDICIAL DISTRICT COURT OF VAL VERDE COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| SUPPLEMENTAL CLERK'S RECORD | $55.00 | PAID | APPELLE |
| MOTION FEE | $10.00 | PAID | DAN STICKER |
| CLERK'S RECORD | $82.00 | PAID | DOROTHY DELK |
| STATEWIDE EFILING FEE | $20.00 | PAID | ROBERT DELK TRUST |
| MOTION FEE | $10.00 | PAID | ROBERT DELK TRUST |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | ROBERT DELK TRUST |
| INDIGENT | $25.00 | PAID | ROBERT DELK TRUST |
| FILING | $100.00 | PAID | ROBERT DELK TRUST |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this July 1, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853